# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAVIAN YOUNG,**
**#147349**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:19-CV-358-BD**

**EDWARD ADAMS,** *et al*.                                                    **DEFENDANTS**

## ORDER

Mr. Young was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on November 19, 2019, without the help of a lawyer. (Doc. No. 2) Mail sent to Mr. Young from Defendants was recently returned as "undeliverable." (Doc. No. 19) On May 12, 2020, therefore, the Court ordered Mr. Young to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 20) That order was returned to the Court, marked "undeliverable," on May 18. (Doc. No. 22)

Local rules require pro se plaintiffs, including Mr. Young, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2). Mr. Young has not done so.

Accordingly, Mr. Young's claims are DISMISSED, without prejudice, based on his failure to comply with the May 12 Order (Doc. No. 20) and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE