# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAVIAN YOUNG,**
**#147349** **PLAINTIFF**

**V.** **CASE NO. 5:19-CV-358-BD**

**EDWARD ADAMS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE